
ORIGINAL

**FILED**

12/17/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0498



## IN THE SUPREME COURT OF THE STATE OF MONTANA
## THE OFFICE OF THE CLERK OF SUPREME COURT
## HELENA, MONTANA 59620-3003

Supreme Court No.
DA 20-0498

THOMAS JAMES BICK,

     Petitioner, Obligor and Appellant,

v.

KATHLEEN JO JOHNSON,

     Respondent, Obligee and Appellee,

and

MONTANA DEPARTMENT OF PUBLIC
HEALTH AND HUMAN SERVICES,
CHILD SUPPORT ENFORCEMENT
DIVISION, EX REL.,

     Respondent and Appellee.

**FILED**

DEC 17 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

**GRANT OF EXTENSION**

Pursuant to authority granted under M. R. App.P. 26(1), Appellant is given an extension of time until January 20, 2021, to prepare, file, and serve the Appellant's brief.

DATED this December 17, 2020

Bowen Greenwood
Clerk of the Supreme Court

c:    Thomas James Bick, Robert J. Waller, Timothy Charles Fox, Andrew Warlick Betson